UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

     Plaintiff,

v.                              CASE NO: 6:20-mj-1695

JASON CORREA

     Defendant.

_____

## ORDER

    This case comes before the Court on the parties' Joint Motion for Examination of Defendant to Determine Mental Competency (Doc. 7). Counsel for the parties represent that they have reasonable cause to believe Defendant Jason Correa is presently suffering from a mental disease or intellectual defect which renders him mentally incompetent to the extent he is unable to understand the nature and consequences of this proceeding and unable to assist properly in his defense (Id., at 1-2). Title 18, United States Code, § 4241(a) provides:

> At any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant, or at any time after the commencement of probation or supervised release and prior to the completion of the sentence, the defendant or the attorney for the Government may file a motion for a hearing to determine the mental competency of the defendant. The court shall grant the motion, or shall order such a hearing on its own motion, if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

    Based upon the representations of counsel, the Court finds reasonable cause to believe Defendant is suffering from a mental disease or defect such that he may be

mentally incompetent to understand the nature and consequences of the proceedings against him or assist properly in his defense. Accordingly, the motion is **GRANTED**. Defendant shall submit to a psychological examination to be performed by Dr. Randy K. Otto, a licensed clinical psychologist based in Tampa, Florida. Unless it proves to be impracticable, the examination shall be performed at the Seminole County Jail. Upon the completion of his examination, Dr. Otto shall prepare a report which shall include:

(1) Defendant's history and present symptoms;

(2) A description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) Dr. Otto's findings; and

(4) Dr. Otto's opinion whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

This report shall be filed with the Court, with copies going to counsel for the government and Defendant.

The docket does not include any determination by the Court that Defendant is financially unable to pay for this report. Accordingly, he shall bear the cost of the examination and report.

**DONE** and **ORDERED** in Orlando, Florida on October 25, 2020.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

> Counsel for the parties
> United States Marshal
> Jason Correa